UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

*In the Matter of:*

WALTER NOBLE and
ELIZABETH NOBLE

          Debtors.

Bankruptcy No.  13-36020-gmh

---

## STIPULATION FOR SUBSTITUTION OF COUNSEL

---

IT IS HEREBY STIPULATED AND AGREED that Claire Ann Resop and Steinhilber, Swanson & Resop (also known as Steinhilber, Swanson, Mares, Marone & McDermott at the Oshkosh location), be substituted for Eliza M. Reyes, J. David Krekeler and Craig E. Stevenson and Krekeler Strother, S.C., as attorneys of record for Debtors, Walter Noble and Elizabeth Noble, in the above referenced matter and that they shall no longer represent nor have any responsibility to represent Debtors in this matter.

Counsel respectfully requests that all further pleadings, papers and other materials served on Debtors be served upon Claire Ann Resop, Esq., Steinhilber, Swanson & Resop, 122 W. Washington Avenue, Suite 850, Madison, WI  53703.

STIPULATED AND AGREED to on this 13ᵗʰ day of ~~January~~, February, 2014.

STEINHILBER, SWANSON & RESOP

_____
Claire Ann Resop, Esq.

KREKELER STROTHER, S.C.,

_____
Eliza M. Reyes, Esq.

_____
J. David Krekeler, Esq.

Drafted by:
Claire Ann Resop
Steinhilber, Swanson & Resop
122 W. Washington Ave., #850
Madison, WI  53703
Tel: 608-630-8990/ Fax: 608-630-8991
cresop@swansonresop.com