# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

WALTER NOBLE and
ELIZABETH NOBLE,
                Debtors.

Case No. 13-36020
Chapter 11

## NOTICE OF MOTION AND MOTION TO SHORTEN NOTICE OF MOTION TO SELL PROPERTY OF THE ESTATE, FREE AND CLEAR OF LIENS, WITH LIENS ATTACHING TO THE PROCEEDS, PURSUANT TO 11 U.S.C. § 363(b)

PLEASE TAKE NOTICE that the Debtors, Walter Noble and Elizabeth Noble, by their attorneys, Steinhilber, Swanson & Resop, by Attorney Claire Ann Resop, filed a Motion to Sell Property of the Estate, Free and Clear of Liens, With Liens Attaching to the Proceeds, Pursuant to 11 U.S.C. § 363(b), (the "Motion to Sell Property"), a copy of which is attached hereto, and hereby move to limit notice of said Motion to Sell Property to 7 days' notice, rather than the standard 21 days' notice, and requiring any objection to said Motion to Sell Property be received by May 7, 2014. The reasons for this are as follows:

1. Debtors received an Offer to Purchase from Bruce Walker for purchase of property described as: (a) 21721 Plank Road, Burlington, Wisconsin consisting of 151.97 acres, parcel no. 006 032013010000; (b) 26720 Plank Road, Burlington, Wisconsin consisting of 40.0 acres, parcel no. 006 032013011000; and (c) 26820 Plank Road, Burlington, Wisconsin consisting of 2.5 acres, parcel no. 006 032017014001 (collectively the "Property") to Bruce Walker, or his assigns, for the purchase price of One Million Five Hundred Fifty-Two Thousand ($1,552,000.00).

2. The sale needs to be completed as soon as possible since the manure pit on the dairy farm is overflowing and has been overflowing for a number of weeks. This raises the specter of contamination to wells both on and off the premises.

Drafted by:
Claire Ann Resop
Steinhilber, Swanson & Resop
122 W. Washington Ave., #850
Madison, WI 53703
Tel: 608-630-8990 / Fax: 608-630-8991
cresop@swansonresop.com

3. This manure needs to be properly disposed of, and then the spring tillage work and fertilizer application need to be completed before planting can commence.

4. The UW Extension office advocates for corn to be planted in the southern part of Wisconsin before May 15th each year to generate the best outcome for a corn yield. Each day that the corn is planted after May 15th typically reduces the yield by one bushel, or more per acre, with that decrease in yield growing the later in May that the corn is planted. Financing has been secured to allow this transaction to occur as soon as possible after approval of the United States Bankruptcy Court.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the Debtors' Motion to Shorten Notice, or if you want the Court to consider your views on the matter, then no later than 7 days from the date of this Motion, you or your attorney must:

1. File with the Court a written objection at:

> Clerk of the U. S. Bankruptcy Court
> Room 126, Federal Courthouse
> 517 E. Wisconsin Avenue
> Milwaukee, WI 53202

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

2. You must also mail a copy to:

| | |
|---|---|
| Office of the U. S. Trustee | Attorney Claire Ann Resop |
| 517 E. Wisconsin Ave., Rm 430 | Steinhilber, Swanson & Resop |
| Milwaukee, WI 53202 | 122 W. Washington Ave., #850 |
| | Madison, WI 53703 |

Any objection should state briefly the grounds for such objection and request a hearing date. Unless a written request for hearing is filed with the Court and copies mailed as instructed above,

on or before the date indicated above, an order will be entered granting the relief requested in this Motion Debtors' Motion to Shorten Notice.

Dated this 30th day of April, 2014.

STEINHILBER, SWANSON & RESOP

By: *Claire Ann Resop*
Attorney Claire Ann Resop, #1020942
Attorney for the Debtors
122 W. Washington Ave., #850
Madison, WI 53703
Tel: (608) 630-8990; Fax: (608) 630-8991

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re:

Walter Noble
Elizabeth Noble                             Case No. 13-36020

## AFFIDAVIT IN SUPPORT OF MOTION FOR EXPEDITED HEARING ON SECTION 363 MOTION OF WALTER NOBLE

State of Wisconsin        )
                          ) ss
County of Columbia        )

Bruce Walker, being duly sworn under oath, states as follows:

1. I am an adult resident of the State of Wisconsin and have been actively involved in farming my entire life.
2. I am currently operating a large dairy known as Lakeview Dairy, LLC in Dodge County, Wisconsin.
3. I have submitted an Offer to purchase the Walter Noble Dairy for a net sum of $1,477,000. Financing has been secured to allow this transaction to occur as soon as possible after approval of the United States Bankruptcy Court.
4. The sale needs to be completed as soon as possible since the manure pit on the dairy farm is overflowing and has been overflowing for a number of weeks. This raises the specter of contamination to wells both on and off the premises.
5. I have had to lower my initial proposed offer to purchase by $48,000 due to pipes in the dairy facility freezing and breaking during the severe winter Wisconsin has just experienced and of course, the overflowing manure pit. My Offer is an "as is, where is" purchase, and delaying the sale will only cause the dairy facility to deteriorate further.
6. This manure needs to be properly disposed of, and then the spring tillage work and fertilizer application need to be completed before planting can commence.

7. The UW Extension office advocates for corn to be planted in the southern part of Wisconsin before May 15th each year to generate the best outcome for a corn yield. Each day that the corn is planted after May 15th typically reduces the yield by one bushel, or more per acre, with that decrease in yield growing the later in May that the corn is planted.
8. I am filing this Affidavit in Support of Walter Noble's Motion for an expedited hearing on his 363 Motion filed with the United States Bankruptcy Court for the Eastern District of Wisconsin.

**DATED:** This 30th day of April, 2014.

                                                  Bruce Walker

Subscribed and sworn to before me this 30th day of April, 2014.

Notary Public, State of Wisconsin
My commission is permanent.

**STROHSCHEIN & GREEN**
1132 Park Avenue
P.O. Box 440
Columbus, WI 53925
(920)623-2710
(920)623-2714 (fax)

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

WALTER NOBLE and
ELIZABETH NOBLE,

Debtors.

Case No. 13-36020
Chapter 11

## CERTIFICATE OF SERVICE FOR
## NOTICE AND MOTION TO SHORTEN NOTICE

STATE OF WISCONSIN   )
                     )   SS
DANE COUNTY          )

Margaret C. Steele, being first duly sworn, on oath deposes and says that she is an assistant with Steinhilber, Swanson & Resop, and that on April 30, 2014, she mailed a true copy of the *Notice and Motion to Shorten Notice* in the above matter (related to the notice period of the *Motion to Sell Property of the Estate, Free and Clear of Liens, With Liens Attaching to the Proceeds, Pursuant to 11 U.S.C. § 363(b)* by regular mail, securely enclosed in an envelope with postage paid thereon, unless otherwise noted as receiving notice vie ECF, and addressed to the following:

Per Attached Mailing Matrix

*Margaret C. Steele*
Margaret C. Steele

Subscribed and sworn to before me
this 30th day of April, 2014.

*Jean M. Steele*
Jean M. Steele, Notary Public
State of Wisconsin
My commission exp: 2/22/15

Drafted by:
Claire Ann Resop
Steinhilber, Swanson & Resop
122 W. Washington Ave., #850
Madison, WI 53703
Tel: 608-630-8990 / Fax: 608-630-8991
cresop@swansonresop.com

```
Label Matrix for local noticing          Steinhilber, Swanson, Meras, Marone & McDerm    Talmer Bank and Trust         Via ecf
0757-2                                   122 W. Washington Ave, Suite 850                c/o Axley Brynelson, LLP
Case 13-36020-gmh                        Madison, WI 53703-2732                          2 East Mifflin St., Ste 200
Eastern District of Wisconsin                                                            Post Office Box 1767
Milwaukee                                                                                Madison, WI 53701-1767
Wed Apr 30 11:03:16 CDT 2014

Attorney David M. Pelletier             Attorney Patricia M. Gibeault                    Citibank/ Sears
Axley Brynelson LLP    -Via ecf         Axley Brynelson LLP    -Via ecf                  PO box 6241
2 E Mifflin St Ste 200                  2 E Mifflin St Ste 200                           Sioux Falls, SD 57117-6241
PO Box 1767                             PO Box 1767
Madison, WI 53701-1767                  Madison, WI 53701-1767

City of Milwaukee                       Office of the U. S. Trustee                      (p)PORTFOLIO RECOVERY ASSOCIATES LLC
Violations Bureau                       517 East Wisconsin Ave.                          PO BOX 41067
P.O. Box 346                            Room 430                                         NORFOLK VA 23541-1067
Milwaukee, WI 53201-0346                Milwaukee, WI 53202-4510

Racine County                           Talmer Bank & Trust                              Talmer Bank and Trust         Via ecf
730 Wisconsin Ave                       400 Milwaukee Ave.                               c/o David M. Pelletier, Esq.
Racine, WI 53403-1269                   Burlington, WI 53105-1231                        Axley Brynelson, LLP
                                                                                         P O Box 1767
                                                                                         Madison, WI  53701-1767

(p)US BANK                              United States Treasury                           United States Trustee-Eastern District
PO BOX 5229                             Internal Revenue Service                         Federal Courthouse            Duplicate
CINCINNATI OH 45201-5229                P.O. Box 7346                                    517 East Wisconsin Avenue
                                        Philadelphia, PA 19101-7346                     Room 430
                                                                                         Milwaukee, WI 53202-4510

Wisconsin Department of Revenue         Wisconsin Dept. of Workforce Development         Claire Ann Resop
ATTN: Bankruptcy Unit, MS 5-144         Division of Unemployment Insurance               Steinhilber, Swanson & Resop
P.O. Box 8901                           P.O. Box 8914                                    122 West Washington Avenue
Madison, WI 53708-8901                  Madison, WI 53708-8914                           Suite 850
                                                                                         Madison, WI 53703-2732

Elizabeth Noble                         Walter Noble
26820 Plank Rd.                         26820 Plank Rd.
Burlington, WI 53105-7940               Burlington, WI 53105-7940
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Portfolio Recovery Associates, LLC      US Bank                                          End of Label Matrix
POB 41067                               PO Box 790408                                    Mailable recipients    19
Norfolk VA 23541                        Saint Louis, MO 63179-0408                       Bypassed recipients     0
                                                                                         Total                  19
```